# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 14, 2019

**VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/19

MEMO ENDORSED

Re: *United States v. Shimen Liebowitz*, 16-cr-629 (SHS)

Dear Judge Stein:

We write to respectfully request permission for Mr. Liebowitz to travel to Australia from December 17, 2019, through January 2, 2020.

Mr. Liebowitz was sentenced by Your Honor to twenty-four months' imprisonment, as well as a three-year term of supervised release. He was released from prison on June 1, 2018, and is now in middle of his term of supervised release. He has been fully compliant with all the terms of his supervised release.

Mr. Liebowitz would like to travel to Melbourne, Australia, to visit his maternal grandparents, and other family members, who live there. In particular, he would like to visit his grandparents after their loss of one of their daughters (Mr. Liebowitz's aunt), who died two weeks ago.

I have spoken to both the U.S. Attorney's Office and Mr. Liebowitz's probation officer, neither of whom have any objection to this request. We will provide full details of Mr. Liebowitz's itinerary to his probation officer.

Respectfully submitted,

By: /s/
Hafetz & Necheles LLP
Gedalia M. Stern

cc: AUSA Scott Hartman (via ECF)

PO Deanna Paige (via email)

Application granted.
SO ORDERED 11/14/19

SIDNEY H. STEIN
U.S.D.J.